UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ,<br><br>　　　　　Defendants. | No. 2:20-cv-0411 KJN P<br><br>ORDER AND FINDINGS & <u>RECOMMENDATIONS</u> |

　　　　By order filed April 1, 2020, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

　　　　In the meantime, plaintiff requested the return of exhibits appended to his original complaint. Good cause appearing, the Clerk is ordered to return such exhibits to plaintiff. The court record retains scanned copies of such exhibits.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to assign a district judge to this case; and

　　　　2. The Clerk of the Court is directed to remove the exhibits appended to plaintiff's original (hard copy) complaint (ECF No. 1 at 5-19) and mail them back to plaintiff.

　　　　Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

1

1     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 19, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami04111.fta