UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ,<br><br>　　　　　Defendant. | No.  2:20-cv-0411 KJM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 19, 2020, the undersigned recommended that this action be dismissed based on plaintiff's failure to file a second amended complaint.  On June 2, 2020, plaintiff filed a second amended complaint.  However, plaintiff did not sign the amended pleading.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider plaintiff's second amended complaint (ECF No. 25) unless he signs and re-files the second amended complaint.  Accordingly, plaintiff is provided an opportunity to re-file his second amended complaint bearing his signature.  Failure to submit a signed second amended complaint will result in the May 19, 2020 findings and recommendations being forwarded to the district court for review and adoption.

1     In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the
2 date of this order, plaintiff shall re-file a <u>signed</u> second amended complaint.  Plaintiff's failure to
3 comply with this order will result in the pending findings and recommendations being forwarded
4 to the district court.

5 Dated:  June 8, 2020

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

w/rami0411.r11

2